

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

YOUNG WOMEN'S CHRISTIAN § No. 08-14-00302-CV
ASSOCIATION OF EL PASO DEL
NORTE, § Appeal from the

Appellant, § County Court at Law No. 3

v. § of El Paso County, Texas

JEREMY JORDAN, § (TC# 2014-DCV1190)

Appellee. §

# O R D E R

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **March 11, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 11, 2015.

IT IS SO ORDERED this 19th day of February, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.